IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALONSO ZEPEDA,<br>MARCOS ALONSO GERARDO PERLATA,<br>and<br>GREGORIO VERDUGO<br><br>Defendants. | Criminal No. 2025-cr-0003<br><br>VIOLATIONS:<br><br>46 U.S.C. § 70503(a)(1),<br>46 U.S.C. § 70504(b)(2)<br>46 U.S.C. §§ 70506(a) and (b)<br>18 U.S.C. § 2 |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

*(Conspiracy to possess a controlled substance with intent to distribute while on board a vessel subject to the jurisdiction of the United States)*

Beginning on a date unknown, and continuing to on or about December 31, 2024, on the high seas and elsewhere within the jurisdiction of this Court, defendants,

**ALONSO ZEPEDA, MARCOS ALONSO GERARDO PERLATA and GREGORIO VERDUGO**

did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons unknown to the Grand Jury, to commit an offense against the United States, to wit: possession with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, while on board a vessel subject to the jurisdiction of the United States.

All in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(a) and (b).

## COUNT TWO
*(Possession of a controlled substance with intent to distribute while on board a vessel subject to the jurisdiction of the United States)*

On or about December 31, 2024, on the high seas and elsewhere within the jurisdiction of this Court, defendants,

**ALONSO ZEPEDA, MARCOS ALONSO GERARDO PERLATA and GREGORIO VERDUGO**

knowingly and intentionally possessed with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, and did aid and abet such conduct.

All in violation of Title 46, United States Code, Sections 70503(a)(1), 70504(b)(2), 70506(a) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
*(21 U.S.C. § 853)*

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants, **ALONSO ZEPEDA, MARCOS ALONSO GERARDO PERLATA and GREGORIO VERDUGO**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used,

*United States v. Zepeda, et. al.*
Information
Page 3 of 4

in any matter or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

    a. Samsung Cellular phone (IMEI 350132290964359)

    b. Garmin GPS device (SIN 7AN00802)

    c. Garmin GPS device (SIN 7AN00656)

    d. Garmin GPS Device (SIN 7AN008027)

    e. Honor Cell Phone (IMEI 862606065602204)

    f. NMARSAT SAT Phone – (IMEI 353032044580435)

    g. NMARSAT SAT Phone- (IMEI # 354006110298840)

3.    If any of the property described above, as a result of any act or omission of the defendant(s):

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

*United States v. Zepeda, et. al.*
Information
Page **4** of **4**

Dated: March **13**, 2025

DELIA L. SMITH
United States Attorney

_____
Natasha L. Baker
Assistant United States Attorney
District of the Virgin Islands